| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>MICHAEL A. KEOUGH (NYRN 5199666)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6878<br>Fax: (415) 436-6570<br>Email: michael.keough@usdoj.gov<br><br>*Attorneys for Respondents* | FRANCISCO MIGUEL UGARTE<br>(SBN #241710)<br>GENNA ELLIS BEIER (SBN #300505)<br>San Francisco Public Defender's Office<br><br>555 7th Street<br>San Francisco, California 94103<br>TELEPHONE: (415) 553-9319<br>francisco.ugarte@sfgov.org<br>genna.beier@sfgov.org<br><br>*Attorneys for Petitioner* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>  Petitioner,<br><br>  v.<br><br>MOISES BECERRA, *et al.*,<br><br>  Respondents. | No. 4:23-CV-02382-DMR<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE; ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, and subject to the Court's approval, Petitioner and the Respondents (collectively, the "Parties") jointly request that the Court set the following briefing schedule in response to Petitioner's Verified Petition for Writ of Habeas Corpus (Dkt. 1):

Respondents' Return Due:    Thursday, June 8, 2023

Petitioner's Traverse Due:    Thursday, June 15, 2023

This is the first request to set a briefing schedule in this action, and this request will not impact any deadlines other than those addressed herein.

DATED: May 22, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
*Attorneys for Respondents*

/s/ *Genna Ellis Beier*\*
GENNA ELLIS BEIER
*Attorney for Petitioner*

\* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The following briefing schedule is adopted in response to Petitioner's Verified Petition for Writ of Habeas Corpus (Dkt. 1):

    Respondents' Return Due:    Thursday, June 8, 2023

    Petitioner's Traverse Due:    Thursday, June 15, 2023

DATE:  May 22, 2023

*IT IS SO ORDERED*
*/s/ Judge Donna M. Ryu*

_____
THE HONORABLE DONNA M. RYU
Chief United States Magistrate Judge